IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| DIANNE PENLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:20-cv-618- |
| v. | ) |
| | ) |
| SAMUEL MYERS | ) |
| and | ) |
| REINSFELDER, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Samuel Myers and Reinsfelder, Inc., by counsel, file their Notice of the removal of this cause to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Hancock County (Indiana) Superior Court, Cause No. 30D01-2001-CT-000131. In support thereof, Defendants state:

1. Samuel Myers and Reinsfelder, Inc., are Defendants in an action now pending in the Hancock County (Indiana) Superior Court 1, under Cause No. 30D01-2001-CT-000131.

2. Defendants file their Notice of Removal, pursuant to 28 U.S.C. § 1446.

3. Plaintiff was and is a citizen of the State of Indiana at all relevant times.

4. Defendant, Samuel Myers, was and is a citizen of the State of Pennsylvania at all relevant times.

5. Defendant, Reinsfelder, Inc., is a Pennsylvania corporation, and its principal place of business is in Pennsylvania. Reinsfelder, Inc. is and was a citizen of the State of Pennsylvania at all relevant times.

6. The Complaint brought by Plaintiff alleges that Samuel Myers, acting in the course and scope of his employment with Reinsfelder, Inc., and operating a motor vehicle owned by Reinsfelder, Inc., failed to maintain a proper lookout or operate his vehicle in a reasonably safe manner, thereby causing his vehicle to collide with the vehicle of the Plaintiff. Plaintiff, Dianne Penley, claims severe and permanent bodily injury and seeks compensation for medical bills and expenses, pain, suffering, mental anguish and inconvenience, lost wages and a permanent impairment of her power to labor and earn money. The undersigned counsel has a good faith belief that the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Defendants desire and consent to the removal of this cause from the state court to the United States District Court for the Southern District of Indiana, pursuant to 28 U.S.C. § 1332(a)(1) and § 1441(a).

8. Defendants have provided notice of the removal of this cause to the Hancock County Superior Court in accordance with 28 U.S.C. § 1446(d).

9. Defendants submit herewith copies of all process, pleadings and orders served upon Defendants, in accordance with 28 U.S.C. § 1446(a).

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on February 25, 2020.

I further certify that the foregoing document was served electronically upon the following counsel of record on February 25, 2020:

Clarence Leatherbury
ISAACS & ISAACS, P.S.C.
clarence@isaacsandisaacs.com

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
**Mailing Address:** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb