This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Dianne Penley v. Samuel Myers, Reinsfelder, Inc.

| | |
|---|---|
| Case Number | 30D01-2001-CT-000131 |
| Court | Hancock Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 01/23/2020 |
| Status | 01/23/2020 , Pending  (active) |

## Parties to the Case

Defendant  Myers, Samuel

| | |
|---|---|
| Address | 238 Hutchinson Road<br>West Newton, PA 15089 |
| Attorney | Paul Thomas Belch<br>*#1853349, Retained* |
| | Travelers Staff Counsel<br>280 East 96th Street<br>Suite 325<br>Indianapolis, IN 46240<br>317-818-5111(W) |

Defendant  Reinsfelder, Inc.

| | |
|---|---|
| Address | 1023 North Ave<br>Millvale, PA 15209 |
| Attorney | Paul Thomas Belch<br>*#1853349, Retained* |
| | Travelers Staff Counsel<br>280 East 96th Street<br>Suite 325<br>Indianapolis, IN 46240<br>317-818-5111(W) |

Plaintiff     Penley, Dianne

| Address | 2918 State Road 38E<br>Westfield, IN 46074 |
|---|---|
| Attorney | Clarence Benjamin Leatherbury<br>*#3266088, Lead, Retained* |
| | Isaacs & Isaacs, P.S.C.<br>1601 Business Center Court<br>Louisville, KY 40299<br>502-458-1000(W) |
| Attorney | Scott Andrew Weathers<br>*#1135549, Retained* |
| | Isaacs & Isaacs<br>1601 Business Center Ct<br>Lousivlle, KY 40299<br>502-458-1000(W) |

## Chronological Case Summary

| 01/23/2020 | **Case Opened as a New Filing** |
|---|---|

| 01/23/2020 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint |
| | Filed By:      Penley, Dianne |
| | File Stamp:      01/23/2020 |

| 01/23/2020 | **Appearance Filed** |
|---|---|
| | Appearance of Scott Weathers |
| | For Party:      Penley, Dianne |
| | File Stamp:      01/23/2020 |

| 01/23/2020 | **Appearance Filed** |
|---|---|
| | Appearance of Clarence Leatherbury |
| | For Party:      Penley, Dianne |
| | File Stamp:      01/23/2020 |

| 01/23/2020 | **Subpoena/Summons Filed** |
|---|---|
| | Summons of Samuel Myers |
| | Filed By:      Penley, Dianne |
| | File Stamp:      01/23/2020 |

| 01/23/2020 | **Subpoena/Summons Filed** |
|---|---|
| | Summons of Reinsfelder, Inc. |
| | Filed By:      Penley, Dianne |
| | File Stamp:      01/23/2020 |

| 02/04/2020 | **Service Returned Served (E-Filing)** |
|---|---|
| | Notice of Service on Defendant Samuel Myers |
| | Filed By:      Penley, Dianne |
| | File Stamp:      02/04/2020 |

| 02/14/2020 | **Service Returned Served (E-Filing)** |
|---|---|
| | Notice of Service on Defendant Reinsfelder Inc |

| Filed By: | Penley, Dianne |
|---|---|
| File Stamp: | 02/14/2020 |

| 02/24/2020 | **Answer to a Complaint Filed** |
|---|---|
| | Answer and Affirmative Defenses |

| Filed By: | Myers, Samuel |
|---|---|
| Filed By: | Reinsfelder, Inc. |
| File Stamp: | 02/24/2020 |

| 02/24/2020 | **Appearance Filed** |
|---|---|
| | Appearance |

| For Party: | Myers, Samuel |
|---|---|
| For Party: | Reinsfelder, Inc. |
| File Stamp: | 02/24/2020 |

| 02/24/2020 | **Jury Trial Demand Filed** |
|---|---|
| | .KSE |

| Filed By: | Myers, Samuel |
|---|---|
| Filed By: | Reinsfelder, Inc. |
| File Stamp: | 02/24/2020 |

| 02/24/2020 | **Administrative Event** |
|---|---|
| | PARTIES ARE ORDERED TO SUBMIT A JOINT CASE MANAGEMENT PLAN WITHIN 30 DAYS. MC/LM |

| Noticed: | Leatherbury, Clarence Benjamin |
|---|---|
| Noticed: | Weathers, Scott Andrew |
| Noticed: | Belch, Paul Thomas |
| File Stamp: | 02/24/2020 |

| 02/25/2020 | **Automated ENotice Issued to Parties** |
|---|---|
| | Administrative Event ---- 2/24/2020 : Clarence Benjamin Leatherbury;Paul Thomas Belch;Scott Andrew Weathers |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Penley, Dianne**

Plaintiff

Balance Due (as of 02/25/2020)

0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/23/2020 | Transaction Assessment | 157.00 |
| 01/23/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only
be obtained directly from the court maintaining a particular record.

IN THE _____ COURT FOR HANCOCK COUNTY
STATE OF INDIANA

| | | |
|---|---|---|
| DIANNE PENLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL MYERS | ) | |
| 238 Hutchinson Road | ) | |
| West Newton, PA 15089 | ) | |
| | ) | CAUSE NO: _____ |
| -and- | ) | *ELECTRONICALLY FILED* |
| | ) | |
| REINSFELDER, INC. | ) | |
| 108 Plunkett Rd | ) | |
| Zelienople, PA 16063 | ) | |
| | ) | |
| Registered Agent: | ) | |
| Edward Haser | ) | |
| 1023 North Ave | ) | |
| Millvale, PA 15209-2254 | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Comes the Plaintiff, Dianne Penley, by and through counsel, and for her Complaint and causes of action against the Defendants, Samuel Myers and Reinsfelder, Inc., hereby states as follows:

1.    Plaintiff Dianne Penley (hereinafter "Plaintiff") is, and was at all times relevant herein, a resident of Westfield, Hamilton County, Indiana.

2.    Upon information and belief, Defendant Samuel Myers (hereinafter "Myers") is, and was at all times relevant herein, a resident of Zelienople, Pennsylvania, with a mailing address of 238 Hutchinson Road, West Newlon, PA 15089.

3.    Upon information and belief, Defendant Reinsfelder, Inc. is a foreign corporation

lawfully conducting business in the state of Indiana with a home office address of 108 Plunkett Road, Zelienople, PA 16063.  Its registered agent for service of process is Edward Haser, 1023 North Avenue, Millvale, PA 15209-2254

      4.     The incident giving rise to this action occurred in Hancock County, Indiana.

      5.     That on or about the 2nd day of June, 2018, Brian Penley, a nonparty to this action, was stopped on the emergency strip along I-70 with his vehicle facing westbound, in Hancock County, Indiana.

      6.     That on the aforementioned date, at the approximate same time and at the place set forth above, Plaintiff was a passenger in Brian Penley's vehicle.

      7.     That on the aforementioned date, at the approximate same time and at the place set forth above, Defendant Samuel Myers was operating a 2016 Kenworth W900 semi tractor-trailer behind Plaintiff.

      8.     That on the date and at the place set forth above, Defendant Myers operated the vehicle he was driving in such a negligent manner as to cause his vehicle to collide with the back of the vehicle in which Plaintiff Dianne Penley was a passenger.

      9.     That said vehicle being operated by Defendant Samuel Myers was owned by Defendant Reinsfelder, Inc.

## CLAIMS AGAINST SAMUEL MYERS
## COUNT I: NEGLIGENCE

      10.    Plaintiff adopts and reiterates each and every allegation as if set out fully herein and incorporates the same by reference.

      11.    That at all times relevant herein, Defendant Myers owed a duty to Plaintiff to maintain a proper lookout and to operate his vehicle in a reasonably safe manner.

      12.    That Defendant Myers breached his duty owed to Plaintiff.

13.     That Defendant Myers failed to maintain a proper lookout or operate his vehicle in a reasonably safe manner, thereby causing his vehicle to collide with the vehicle of the Plaintiff.

14.     That as a direct and proximate result of the foregoing negligence and carelessness of Defendant Myers, Plaintiff sustained severe and permanent bodily injury; has incurred and will continue to incur medical bills and expenses; has suffered and will continue to suffer pain, suffering, mental anguish and inconvenience; has incurred lost wages and will continue to lose wages; and has incurred a permanent impairment of her power to labor and earn money.

## CLAIMS AGAINST REINSFELDER, INC.
## COUNT II: RESPONDEAT SUPERIOR

15.     Plaintiff adopts and reiterates each and every allegation as if set out fully herein and incorporates the same by reference.

16.     Upon information and belief, on the date set forth above, Defendant Myers was employed by Defendant Reinsfelder, Inc., and was operating the vehicle which was owned by Defendant Reinsfelder, Inc.

17.     That at all times relevant herein Defendant Myers was acting within the course and scope of his employment with Defendant Reinsfelder, Inc.

18.     As a direct and proximate result of the negligence of Defendant Samuel Myers in operating the vehicle in the course and scope of his employment, the doctrine of *Respondeat Superior* applies and transfers liability to Defendant Reinsfelder, Inc.

## COUNT III: NEGLIGENT HIRING AND RETENTION

19.     Plaintiff adopts and reiterates each and every allegation as if set out fully herein and incorporates the same by reference.

3

20.     That Defendant Reinsfelder, Inc., knew, or should have known, through the use of ordinary care when it hired Defendant Myers that Defendant Myers was a negligent and/or careless driver.

21.     That Defendant Reinsfelder, Inc., upon the use of ordinary care in determining that Defendant Myers was a negligent and/or careless driver, was negligent in retaining Defendant Myers as an employee and allowing said employee to continue to use its motor vehicle in such a negligent manner so as to cause it collide with the vehicle operated by the Plaintiff, thereby causing Plaintiff to suffer bodily injuries.

22.     That as a direct and proximate result of the negligence of Defendant Reinsfelder, Inc., in hiring and/or retaining Defendant Myers, Plaintiff was caused to suffer serious bodily injury and because of the bodily injuries sustained by Plaintiff, Plaintiff has sustained severe and permanent bodily injury; has incurred and will continue to incur medical bills and expenses; has suffered and will continue to suffer pain, suffering, mental anguish and inconvenience; has incurred lost wages and will continue to lose wages; and has incurred a permanent impairment of her power to labor and earn money.

### COUNT IV: NEGLIGENT SUPERVISION AND TRAINING

23.     Plaintiff adopts and reiterates each and every allegation as if set out fully herein and incorporates the same by reference.

24.     That Defendant Reinsfelder, Inc. had a duty to ensure that its drivers are properly trained, licensed, and qualified to operate commercial vehicles.

25.     That Defendant Reinsfelder, Inc. failed to properly train and/or supervise Defendant Myers to safely operate the vehicle that he was driving on the aforementioned date.

26.     That as a direct and proximate result of the negligence of Defendant Reinsfelder,

Inc., in failing to properly train and/or supervise Defendant Myers, Plaintiff was caused to suffer serious bodily injury and because of the bodily injuries sustained by Plaintiff, Plaintiff has sustained severe and permanent bodily injury; has incurred and will continue to incur medical bills and expenses; has suffered and will continue to suffer pain, suffering, mental anguish and inconvenience; has incurred lost wages and will continue to lose wages; and has incurred a permanent impairment of her power to labor and earn money.

**WHEREFORE**, Plaintiff, Dianne Penley, demands judgment against Defendants Samuel Myers and Reinsfelder, Inc., as follows:

1.    Judgment against each defendant for compensatory damages and reasonably calculated to compensate Plaintiff Dianne Penley for her damages, to include:

     a.  Past and future medical expenses;

     b.  Past and future physical and mental pain, suffering, anguish and inconvenience;

     c.  Lost wages;

     d.  Diminished capacity to labor and earn income; and

2.    Prejudgment interest;

3.    Punitive damages;

4.    Interest on any amount to which Plaintiff may be adjudicated to be entitled to accrue from the date of the filing of this action until paid;

5.    Costs herein expended;

6.    Trial by jury; and

7.    Any and all other appropriate relief to which Plaintiff may appear to be justly entitled.

Respectfully submitted,

**ISAACS & ISAACS, P.S.C.**

*/s/ Clarence Leatherbury*
Clarence B. Leatherbury, #32660-88
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky 40299-2370
Telephone: (502) 458-1000
Facsimile: (502) 454-5512
Email: Clarence@isaacsandisaacs.com
*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Comes now the Plaintiff, Dianne Penley, and demands a trial by jury on all issues so triable.

*/s/ Clarence Leatherbury*
Clarence B. Leatherbury, #32660-88

IN THE _____ COURT FOR HANCOCK COUNTY
STATE OF INDIANA

| | |
|---|---|
| DIANNE PENLEY | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|    v. | ) |
| | ) |
| SAMUEL MYERS | ) |
| 238 Hutchinson Road | ) |
| West Newton, PA 15089 | ) |
| | )   CAUSE NO: _____ |
| -and- | )     *ELECTRONICALLY FILED* |
| | ) |
| REINSFELDER, INC. | ) |
| 108 Plunkett Rd | ) |
| Zelienople, PA 16063 | ) |
| | ) |
|    <u>Registered Agent:</u> | ) |
|    Edward Haser | ) |
|    1023 North Ave | ) |
|    Millvale, PA 15209-2254 | ) |
| | ) |
|      Defendants. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1. Initiating Party:  Dianne Penley

2. Attorney Information:

                Scott A. Weathers, # 11355-49
                Isaacs & Isaacs, P.S.C.
                1601 Business Center Court
                Louisville, Kentucky  40299
                Telephone:  (502) 458-1000
                Facsimile:  (502) 454-5512
                Email: Scott.Weathers@isaacsandisaacs.com

3. Are there other party members?  No.

4. Case type requested:  Civil Tort (CT)

5. Accept:  (a) Fax Service:  No.

        (b) Courthouse Mailbox:     No.

6.   Does this case involve support issues?   No.

7.   Are there related cases?   No.

8.   Has this form been served on all other parties with certificate of service attached?   No.

9.   Additional Information:   None.

/s/ Scott A. Weathers
Scott A. Weathers, # 11355-49
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky  40299
Telephone:  (502) 458-1000
Facsimile:  (502) 454-5512
Email: Scott.Weathers@isaacsandisaacs.com
*Counsel for Plaintiff*

IN THE _____ COURT FOR HANCOCK COUNTY
STATE OF INDIANA

| | |
|---|---|
| DIANNE PENLEY | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|   v. | ) |
| | ) |
| SAMUEL MYERS | ) |
| 238 Hutchinson Road | ) |
| West Newton, PA 15089 | ) |
| | )    CAUSE NO: _____ |
| -and- | )    *ELECTRONICALLY FILED* |
| | ) |
| REINSFELDER, INC. | ) |
| 108 Plunkett Rd | ) |
| Zelienople, PA 16063 | ) |
| | ) |
|   <u>Registered Agent:</u> | ) |
|   Edward Haser | ) |
|   1023 North Ave | ) |
|   Millvale, PA 15209-2254 | ) |
| | ) |
|       Defendants. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1.  Initiating Party:  Dianne Penley

2.  Attorney Information:

    Clarence B. Leatherbury
    Isaacs & Isaacs, P.S.C.
    1601 Business Center Court
    Louisville, Kentucky  40299
    Telephone:  (502) 458-1000
    Email: clarence@isaacsandisaacs.com

3.  Are there other party members?   No.

4.  Case type requested:       Civil Tort (CT)

5.  Accept:     (a) Fax Service:              No.
                (b) Courthouse Mailbox:       No.

6.  Does this case involve support issues?    No.

7.  Are there related cases?   No.

8.  Has this form been served on all other parties with certificate of service attached?      No.

9.  Additional Information:   None.

<u>/s/ Clarence B. Leatherbury</u>
Clarence B. Leatherbury, #32660-88
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky 40299
Telephone: (502) 458-1000
Email: clarence@isaacsandisaacs.com
*Counsel for Plaintiff*

IN THE _____ COURT FOR HANCOCK COUNTY
STATE OF INDIANA

DIANNE PENLEY                        )
                                     )
              Plaintiff,             )
                                     )
      v.                             )
                                     )
SAMUEL MYERS                         )
238 Hutchinson Road                  )
West Newton, PA 15089                )
                                     )   CAUSE NO: _____
-and-                                )   *ELECTRONICALLY FILED*
                                     )
REINSFELDER, INC.                    )
108 Plunkett Rd                      )
Zelienople, PA 16063                 )
                                     )
      Registered Agent:              )
      Edward Haser                   )
      1023 North Ave                 )
      Millvale, PA 15209-2254        )
                                     )
              Defendants.            )

## SUMMONS

THE STATE OF INDIANA TO:   **Samuel Myers**
REGISTERED AGENT:          238 Hutchinson Road
ADDRESS:                   West Newton, PA 15089

You are hereby notified that you have been sued by the person(s) or entity(ies) named as Plaintiff(s) in the court and case number indicated in the above caption.

The Plaintiffs are represented in this action by: Scott A. Weathers and Clarence B. Leatherbury, Isaacs & Isaacs, P.S.C., 1601 Business Center Court, Louisville, Kentucky 40299, telephone: (502) 458-1000.

The nature of the suit against you is stated in the complaint that is attached to this summons. It also states the relief sought or the demand made against you by the plaintiffs.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this summons *(or twenty-three (23) days if this summons was received by mail)*, or a judgment by default may be rendered against you for relief demanded by plaintiff.

The following manner of service of Summons is hereby designated:

**CERTIFIED MAIL**

Dated: _1/23/2020_____

_____
Hancock County Clerk *(Seal)*

IN THE _____ COURT FOR HANCOCK COUNTY
STATE OF INDIANA

DIANNE PENLEY                          )
                                       )
       Plaintiff,                   )
                                       )
  v.                                 )
                                       )
SAMUEL MYERS                           )
238 Hutchinson Road                    )
West Newton, PA 15089                  )
                                       )   CAUSE NO: _____
-and-                                  )
                                       )   *ELECTRONICALLY FILED*
                                       )
REINSFELDER, INC.                      )
108 Plunkett Rd                        )
Zelienople, PA 16063                   )
                                       )
    <u>Registered Agent:</u>         )
    Edward Haser                     )
    1023 North Ave                   )
    Millvale, PA 15209-2254          )
                                       )
      Defendants.              )

## SUMMONS

THE STATE OF INDIANA TO:     REINSFELDER, INC.
REGISTERED AGENT:            Edward Haser
ADDRESS:                     1023 North Ave
                             Millvale, PA 15209-2254

      You are hereby notified that you have been sued by the person(s) or entity(ies) named as Plaintiff(s) in the court and case number indicated in the above caption.

      The Plaintiffs are represented in this action by: Scott A. Weathers and Clarence B. Leatherbury, Isaacs & Isaacs, P.S.C., 1601 Business Center Court, Louisville, Kentucky 40299, telephone: (502) 458-1000.

      The nature of the suit against you is stated in the complaint that is attached to this summons. It also states the relief sought or the demand made against you by the plaintiffs.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this summons *(or twenty-three (23) days if this summons was received by mail)*, or a judgment by default may be rendered against you for relief demanded by plaintiff.

The following manner of service of Summons is hereby designated:

**CERTIFIED MAIL**

Dated: _____1/23/2020_____

_____
Hancock County Clerk *(Seal)*

IN THE SUPERIOR COURT 1 FOR HANCOCK COUNTY
STATE OF INDIANA

| | |
|---|---|
| DIANNE PENLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAMUEL MYERS | ) |
| | ) CAUSE NO: <u>30D01-2001-CT-000131</u> |
| -and- | ) *ELECTRONICALLY FILED* |
| | ) |
| REINSFELDER, INC. | ) |
| | ) |
| Defendants. | ) |

## <u>NOTICE OF SERVICE ON DEFENDANT SAMUEL MYERS</u>

Comes now the Plaintiff, by counsel, and hereby provides the Court notice that the

Complaint and Summons were served on the Defendant Samuel Myers by certified mail on

January 27, 2020. *See Exhibit A.*

WHEREFORE, Plaintiff request that the Court note the record to reflect proper service

issued to Defendant Samuel Myers.

<u>/s/ Clarence B. Leatherbury</u>
Clarence B. Leatherbury, # 32660-88
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky 40299
Telephone: (502) 458-1000
Email: clarence@isaacsandisaacs.com

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*     C. Date of Delivery<br> 1/27/2c |
| 1. Article Addressed to:<br><br>Samuel Myers<br>510 Church St.<br>Herminie, PA 15637 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5095 9092 0632 46 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise |
| 2. Article Number *(Transfer from service label)*<br>7019 0160 0000 7534 2188 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>   ed Mail Restricted Delivery<br>   $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

# EXHIBIT A

IN THE SUPERIOR COURT 1 FOR HANCOCK COUNTY
STATE OF INDIANA

| | |
|---|---|
| DIANNE PENLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAMUEL MYERS | ) |
| | )   CAUSE NO: <u>30D01-2001-CT-000131</u> |
| -and- | )   *ELECTRONICALLY FILED* |
| | ) |
| REINSFELDER, INC. | ) |
| | ) |
| Defendants. | ) |

## <u>NOTICE OF SERVICE ON DEFENDANT REINSFELDER</u>

Comes now the Plaintiff, by counsel, and hereby provides the Court notice that the

Complaint and Summons were served on the Defendant Reinsfelder, Inc by certified mail on

February 10, 2020. *See Exhibit A.*

WHEREFORE, Plaintiff request that the Court note the record to reflect proper service

issued to Defendant Reinsfelder, Inc.

<div style="margin-left: 40%;">

/s/ Clarence B. Leatherbury
Clarence B. Leatherbury, # 32660-88
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky 40299
Telephone: (502) 458-1000
Email: clarence@isaacsandisaacs.com

</div>

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Reinsfelder, Inc.
108 Plunkett Rd
Zelienople, PA 16063

9590 9402 5095 9092 0632 39

2. Article Number *(Transfer from service label)*

7019 0160 0000 7534 2195

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Amy Venerale
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery

2/10

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**EXHIBIT A**

STATE OF INDIANA          )          IN THE HANCOCK SUPERIOR COURT 1
                          ) SS:
COUNTY OF HANCOCK         )          CAUSE NO. 30D01-2001-CT-000131


DIANNE PENLEY,                       )
                                     )
                  Plaintiff,         )
                                     )          **JURY TRIAL REQUESTED**
          v.                         )
                                     )
SAMUEL MYERS                         )
and                                  )
REINSFELDER, INC.,                   )
                                     )
                  Defendants.        )


## ANSWER AND AFFIRMATIVE DEFENSES

Defendants, Samuel Myers and Reinsfelder, Inc., by counsel, for their Answer to Plaintiff's Complaint, allege and say:

1-4.   Defendants admit the material allegations contained in paragraphs one (1), two (2), three (3), and four (4) of Plaintiff's Complaint.

5.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraph five (5) of Plaintiff's Complaint and therefore deny the same.

6, 7.   Defendants admit the material allegations contained in paragraphs six (6) and seven (7) of Plaintiff's Complaint.

8.   Defendants deny the material allegations contained in paragraph eight (8) of Plaintiff's Complaint.

9.   Defendants admit the material allegations contained in paragraph nine (9) of Plaintiff's Complaint

## CLAIMS AGAINST SAMUEL MYERS
## COUNT I:  NEGLIGENCE

10.    In response to paragraph ten (10) of Plaintiff's Complaint, Defendants incorporate by reference their response to  paragraphs one (1) through nine (9) of Plaintiff's Complaint as if set forth in their entirety.

11.    As to the material allegations contained in paragraph eleven (11) of Plaintiff's Complaint, Defendants admit that Defendants owed all duties applicable to Plaintiff under Indiana law.  Defendants deny the material allegations contained in paragraph eleven (11) to the extent that they are inconsistent with Indiana law.

12-14.  Defendants deny the material allegations contained in paragraphs twelve (12), thirteen (13), and fourteen (14) of Plaintiff's Complaint.

## CLAIMS AGAINST RENSFELDER, INC.
## COUNT II:  RESPONDEAT SUPERIOR

15.    In response to paragraph fifteen (15) of Plaintiff's Complaint, Defendants incorporate by reference their response to  paragraphs one (1) through fourteen (14) of Plaintiff's Complaint as if set forth in their entirety.

16, 17.  Defendants admit the material allegations contained in paragraphs sixteen (16) and seventeen (17) of Plaintiff's Complaint.

18.    Defendants deny the material allegations contained in paragraph eighteen (18) of Plaintiff's Complaint.

## COUNT III:  NEGLIGENT HIRING AND RETENTION

19.    In response to paragraph nineteen (19) of Plaintiff's Complaint, Defendants incorporate by reference their response to  paragraphs one (1) through eighteen (18) of Plaintiff's Complaint as if set forth in their entirety.

20-22.  Defendants deny the material allegations contained in paragraphs twenty (20), twenty-one (21), and twenty-two (22) of Plaintiff's Complaint.

### COUNT IV:  NEGLIGENT SUPERVISION AND TRAINING

23. In response to paragraph twenty-three (23) of Plaintiff's Complaint, Defendants incorporate by reference their response to  paragraphs one (1) through twenty-two (22) of Plaintiff's Complaint as if set forth in their entirety.

24.     As to the material allegations contained in paragraph twenty-four (24) of Plaintiff's Complaint, Defendants admit that Defendants owed all duties applicable to Plaintiff under Indiana law.  Defendants deny the material allegations contained in paragraph twenty-four (24) to the extent that they are inconsistent with Indiana law.

25, 26.  Defendants deny the material allegations contained in paragraphs twenty-five (25) and twenty-six (26) of Plaintiff's Complaint.


### AFFIRMATIVE DEFENSES

Defendants, Samuel Myers and Reinsfelder, Inc., by counsel, for their Affirmative Defenses to Plaintiff's Complaint, allege and say:

1.     The damages claimed by Plaintiff were caused in full or in part by the non-party, Brian L. Penley, and other persons and/or entities whose identities are unknown at this time.

2.     Plaintiff has failed to state a claim for which relief can be granted.

3.     Plaintiff has failed to mitigate her damages.

4.    Defendant Samuel Myers was confronted with a sudden emergency not of his own making.

WHEREFORE, Defendants pray for judgment in their favor, that Plaintiff take nothing by way of her Complaint, for costs of this action, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Ind. Trial Rule 38, Defendants, Samuel Myers and Reinsfelder, Inc., respectfully demand a trial by jury.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By:    /s/ *Paul T. Belch*
Paul T. Belch, 18533-49

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Indiana E-Filing System (IEFS) and served upon the following persons via IEFS on February 24, 2020:

Clarence Leatherbury
ISAACS & ISAACS, P.S.C.


By:    */s/ Paul T. Belch*
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb

5

STATE OF INDIANA       )       IN THE HANCOCK SUPERIOR COURT 1
                          ) SS:
COUNTY OF HANCOCK     )       CAUSE NO. 30D01-2001-CT-000131

| | |
|---|---|
| DIANNE PENLEY, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|    v. | ) |
| | ) |
| SAMUEL MYERS | ) |
| and | ) |
| REINSFELDER, INC., | ) |
| | ) |
|        Defendants. | ) |

## APPEARANCE FORM (CIVIL)
### Responding Party

**Case Number:**    30D01-2001-CT-000131 _____

/ / Check if *Pro Se*

The undersigned attorney and all attorneys listed on this form now appear in this case for the following:

1.     Samuel Myers; and
      Reinsfelder, Inc. _____
                    Name or names of responding party or parties.

2.     Applicable attorney information for service as required by Ind. Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and 77(B) is as follows:

    Paul T. Belch                      Attorney Number: 18533-49
    **TRAVELERS STAFF COUNSEL INDIANA** E-Mail: pbelch@travelers.com
    P. O. Box 64093                  Phone: 317-818-5111
    St. Paul, MN 55164-0093       FAX:    317-818-5124

3.     There are other party members: Yes _____     No _____X_____

4.     If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):_____

5.   I will accept service by FAX at the above noted number:  Yes ___ No<u>X</u>

6.   I will accept service by E-FILE at the above noted email:  Yes <u>X</u> No ___

7.   This case involves support issues: Yes ___ No<u>   X</u>

8.   There are related cases:  Yes ___ No<u>X</u>

9.   This form has been served on all other parties.  Certificate of Service attached.

10.  Additional information required by local rule: _____

<div align="right">
Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**
</div>

By:   /s/ *Paul T. Belch*   _____
      Paul T. Belch, 18533-49

<div align="center">

**CERTIFICATE OF SERVICE**
</div>

I hereby certify that the foregoing document was filed electronically using the Indiana E-Filing System (IEFS) and served upon the following persons via IEFS on <u>February 24, 2020</u>:

Clarence Leatherbury
ISAACS & ISAACS, P.S.C.

By:   /s/ *Paul T. Belch*   _____
      Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb

STATE OF INDIANA      )        IN THE HANCOCK SUPERIOR COURT 1
                        ) SS:
COUNTY OF HANCOCK   )        CAUSE NO. 30D01-2001-CT-000131

DIANNE PENLEY,         )
                        )
          Plaintiff,    )
                        )
     v.               )
                        )
SAMUEL MYERS        )
and                      )
REINSFELDER, INC.,      )
                        )
         Defendants.   )

## NOTICE OF DEFENDANTS' REMOVAL OF CAUSE
## TO FEDERAL COURT

       Defendants, Samuel Myers and Reinsfelder, Inc., by counsel, hereby provide notice of the removal of this cause from the Hancock County Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division, pursuant to 28 U.S.C. §§ 1441 and 1446.  Pursuant to 28 U.S.C. § 1446(d), the Hancock County Superior Court is deprived of jurisdiction and shall undertake no further proceedings with respect to this cause.

                         Respectfully submitted,

                         **TRAVELERS STAFF COUNSEL INDIANA**

By:     */s/ Paul T. Belch*
                        Paul T. Belch, 18533-49

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Indiana E-Filing System (IEFS) and served upon the following persons via IEFS on <u>February 25, 2020</u>:

Clarence Leatherbury
ISAACS & ISAACS, P.S.C.

By: <u>/s/ Paul T. Belch</u>
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb

2

**Buckner,Ginger**

**From:** efilingmail@tylerhost.net
**Sent:** Tuesday, February 25, 2020 11:30 AM
**To:** Buckner,Ginger
**Subject:** [External] Notice of electronic filing for Case: 30D01-2001-CT-000131; Dianne Penley v.Samuel Myers,Reinsfelder, Inc.; Envelope Number:  11401064

# Notice of Electronic Filing

Service Provider: Tyler Technologies Odyssey
File and Serve [Need Help?](#)
Email: efiling.support@tylertech.com

Envelope Number: 11401064
Case Number: 30D01-2001-CT-000131
Case Style: Dianne Penley v.Samuel
Myers,Reinsfelder, Inc.

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

1

| Filing Details | |
|---|---|
| **Court** | Hancock Superior Court 1 |
| **Date/Time Submitted** | 2/25/2020 11:30 AM EST |
| **Filing Type** | Motion |
| **Filing Description** | Notice of Defendants' Removal of Cause to Federal Court |
| **Type of Filing** | EFileAndServe |
| **Filed By** | Ginger Buckner |
| **Filing Attorney** | Paul Belch |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.<br><br>If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |
| Waiver Selected |

| | |
|---|---|
| Case Fees | $0.00 |
| Motion | $0.00 |
| Grand Total | $0.00 |
| **Total:** $0.00 | |

| Document Details | |
|---|---|
| **Lead Document** | Notice of Removal to Federal Court 2-25-20.pdf |
| **Lead Document Page Count** | 2 |
| **File Copy** | [Download Document](#) |
| This link is active for 45 days. | |



For more information on e-filing in Indiana visit courts.in.gov/efile. There you will find answers to frequently asked questions, the E-filing User Guide, and tutorials and infographics to help guide you.

Indiana Supreme Court
Office of Judicial Administration

3

**Please do not reply to this email. It was automatically generated.**